UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERENCE LEE ROBINSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. SCHRAG, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-02945-HSG (PR)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 19 |

Good cause appearing, defendants' motion for an extension of time to file a dispositive motion is hereby GRANTED. The deadline for defendants to file a dispositive motion is CONTINUED to **May 15, 2019**. Plaintiff shall file any opposition to defendants' motion within **twenty-eight (28)** days of the date the motion is filed. Defendants shall file a reply within **fourteen (14)** days of the date the opposition is filed.

This order terminates Docket No. 19.

**IT IS SO ORDERED.**

Dated: March 20, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　*Haywood S. Gilliam Jr.*
　　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1
2
3
4      UNITED STATES DISTRICT COURT
5      NORTHERN DISTRICT OF CALIFORNIA
6
7  TERENCE LEE ROBINSON,                    Case No. 18-cv-02945-HSG
       Plaintiff,
8
9      v.                **CERTIFICATE OF SERVICE**
10 J. SCHRAG, et al.,
       Defendants.

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 20, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Terence Lee Robinson ID: 069951-2
Atascadero State Hospital 23
P.O. Box 7001
Atascadero, CA 93423-7001

Dated: March 20, 2019

Susan Y. Soong
Clerk, United States District Court

By:_____
Nikki D. Riley, Deputy Clerk to the
Honorable HAYWOOD S. GILLIAM, JR.

2