UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERENCE LEE ROBINSON, | Case No. 18-cv-02945-HSG |
| Plaintiff, | **JUDGMENT** |
| v. | |
| J. SCHRAG, et al., | |
| Defendants. | |

For the reasons set forth in the Court's Order Granting Motion for Summary Judgment for Failure to Exhaust Administrative Remedies, judgment is entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 1/16/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge